IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLLY JARESKE, on behalf of her minor child, C.J., <br><br> Plaintiff, <br><br> vs. <br><br> BENNINGTON PUBLIC SCHOOL DISTRICT, by and through its Board of Education; SATARAH REARDON, in her official and individual capacity; GARET WRIGHT, in his official and individual capacity; JANNA POHLMAN-NOEL, in her official and individual capacity; HANNAH KNIGHT, in her official and individual capacity; CHRISTINE YOUNG, in her official and individual capacity; and DOE DEFENDANTS 1-20 in their individual and official capacities, <br><br> Defendants. | NO. 8:24-CV-151 <br><br><br> **ORDER DISMISSING DOE DEFENDANTS 1–20** |

On November 8, 2024, the Court dismissed defendants Bennington Public School District, Satarah Reardon, Garet Wright, Janna Pohlman-Noel, Hannah Knight, and Christine Young from plaintiff Molly Jareske's Amended Complaint. Filing 23. The Court also notified Jareske that absent a motion for extension of time for leave to serve Doe Defendants 1–20 demonstrating good cause and filed within seven days from the date of the Court's Order, her claims against the Doe Defendants would be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Filing 23. Jareske has since failed to move for an extension of time for leave to serve the Doe Defendants. Accordingly,

IT IS ORDERED that

1. Doe Defendants 1–20 are dismissed; and

2. Jareske's Amended Complaint, Filing 15, is dismissed in full.

Dated this 16th day of December, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge